# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**JOHN KNIGHT**                                                                               **PETITIONER**

v.                                                              **No. 1:20-CV-00250-SA-JMV**

**SUPERINTENDENT OF MSP TIMOTHY MORRIS**                 **RESPONDENT(S)**

## ORDER

John Knight has submitted a document that the court construes as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. The petitioner has not, however, used the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 6th day of January, 2021.

                                                                     /s/ Jane M. Virden
                                                                     UNITED STATES MAGISTRATE JUDGE