**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**JOHN KNIGHT**                                                                        **PETITIONER**

**v.**                                             **No. 1:20CV250-SA-JMV**

**TIMOTHY MORRIS, ET AL.**                                             **RESPONDENTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On January 6, 2021, the court entered an order requiring the petitioner to complete and return an amended petition for a writ of *habeas corpus* on the standard form, which was mailed to him that day. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on January 27, 2021. The petition returned an amended petition, but he declined to use the form sent to him. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 23rd day of February, 2021.

                                                                            /s/ Sharion Aycock
                                                                            U. S. DISTRICT JUDGE